# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY BADIANG, SR., <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL,[1] Commissioner of Social Security, <br><br> Defendant. | Case No. 5:16-cv-02574-SK <br><br> **JUDGMENT** |

It is **ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

Date: January 9, 2018

HON. STEVE KIM
U.S. MAGISTRATE JUDGE

---

[1] Nancy Berryhill, the current Commissioner, is substituted as Defendant for former Acting Commissioner Carolyn W. Colvin. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).