STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
767 N. Hill Street, Suite 220
Los Angeles, CA 90012
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, David Anthony Badiang

NICOLA T. HANNA
United States Attorney
DOROTHY SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
Stacy Wiesbrock
Special Assistant United States Attorney
CA State Bar No.: 257920
Assistant Regional Counsel
Social Security Administration, Region IX
160 Spear Street, Suite 800
San Francisco, California 94105
Tel: (415) 268-5612
Fax: (415) 744-0134
E-mail: stacy.wiesbrock@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

DAVID ANTHONY BADIANG,

                Plaintiff,    CASE NO.: 5:16-cv-02574-SK

   -v-

NANCY A. BERRYHILL, ACTING
COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**ORDER AWARDING ATTORNEY'S FEES
PURSUANT TO THE EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Joint Stipulation for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

IT IS HEREBY ORDERED that attorney fees in the amount of Six Thousand Nine Hundred Dollars ($6,900.00) and expenses in the amount of Twenty-Three Dollars ($23.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorneys, Olinsky Law Group.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, the check shall be mailed to Olinsky Law Group at the following address:

**300 South State Street
Suite 420
Syracuse, NY 13202**

So ordered.

Date: <u>April 9, 2018</u>                             _____

                                                    Steve Kim
                                                  United States Magistrate Judge